648

159 So. 916
## Jeff HARRIS v. STATE.
### 8 Div. 98.

Court of Appeals of Alabama.
Feb. 19, 1935.

SAMFORD, Judge.
Affirmed.

159 So. 916
## Jeff HARRIS v. STATE.
### 8 Div. 99.

Court of Appeals of Alabama.
Feb. 5, 1935.

RICE, Judge.
Affirmed.

163 So. 907
## Houston HAWKINS v. STATE.
### 8 Div. 229.

Court of Appeals of Alabama.
Nov. 5, 1935.

SAMFORD, Judge.
Affirmed.

155 So. 919
## Irby HEAD v. STATE.
### 7 Div. 995.

Court of Appeals of Alabama.
June 5, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

161 So. 918
## J. P. HEIDT v. STATE.
### 8 Div. 187.

Court of Appeals of Alabama.
June 4, 1935.

McAfee & Nix, of Decatur, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

BRICKEN, Presiding Judge.

The evidence in this case has been read and considered by the court en banc. It is the opinion of the court that the state failed to meet the burden of proof necessary to a conviction; therefore error prevailed by the court's refusal to give the affirmative charge requested in writing by defendant.

Reversed and remanded.

157 So. 919
## Ollie HENDERSON v. STATE.
### 4 Div. 98.

Court of Appeals of Alabama.
Nov. 27, 1934.

SAMFORD, Judge.
Affirmed.

159 So. 891
## John, alias Johnnie, HENSON v. STATE.
### 6 Div. 615.

Court of Appeals of Alabama.
Dec. 18, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

159 So. 891
## Johnnie HENSON v. STATE.
### 6 Div. 617.

Court of Appeals of Alabama.
Dec. 18, 1934.

RICE, Judge.
Appeal dismissed.